UNITED STATES DISTRICT COURT
SOUTHONSOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIGUEL ARIEL SUSANA,

                Defendant.

No. 17-cr-495-1 (RJS)
ORDER



RICHARD J. SULLIVAN, Circuit Judge:

The sentencing currently scheduled to be held on Tuesday, December 3, 2019 at 10:00 a.m. in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007, shall now take place in Courtroom 20C.

SO ORDERED.

Dated:    December 2, 2019
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation